**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
**www.flmb.uscourts.gov**

Steve A Silva,                                                                  Case No. 8:23-bk-00244-RCT
Debtor. [1]                                                                     Chapter 13
_____/

## MOTION FOR EXTENSION OF TIME TO FILE ADDITIONAL SCHEDULES AND CHAPTER 13 PLAN

Debtor, by and through the undersigned counsel, hereby files this *Motion for Extension of Time to File Additional Schedules and Chapter 13 Plan*. In support thereof, Debtor states as follows:

1. Debtor filed a voluntary petition of relief under the Bankruptcy Code on 1/24/2023.

2. Debtor requests an extension of time to file additional schedules and Chapter 13 Plan.

3. Debtor will provide the additional schedules on or before 2/17/2023.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on or before February 7, 2023, a true and correct copy of the foregoing was furnished via electronic or regular mail to the parties listed on the attached mailing matrix.

**CONSUMER LAW ATTORNEYS**

/s/ *Young Kim*
Young Kim, Esq.
FBN: 122202
2727 Ulmerton Rd., Ste. 270
Clearwater, FL 33762
T: (877) 241-2200
F: (727)623-4611
E: service@consumerlawattorneys.com
E: kcase@consumerlawattorneys.com

---

[1] References to "Debtor" include and refer to both debtors in a case filed jointly by two individuals.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-8<br>Case 8:23-bk-00244-RCT<br>Middle District of Florida<br>Tampa<br>Tue Feb  7 17:49:10 EST 2023 | Florida Dept of Revenue<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 | IRS<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Joe G. Tedder, CFC, Polk County Tax Collecto<br>Joe G. Tedder, Tax Collector<br>PO Box 2016<br>Bartow, FL 33831-2016 | United States Trustee - TPA7/13 7<br>Timberlake Annex, Suite 1200<br>501 E Polk Street<br>Tampa, FL 33602-3949 | Andrews Federal Cred U<br>5711 Allentown Rd<br>Suitland, MD 20746-4547 |
| Capital One<br>Po Box 31293<br>Salt Lake City, UT 84131-0293 | Credence Resource Mana<br>17000 Dallas Pkwy Ste 20<br>Dallas, TX 75248-1940 | Department of Revenue<br>PO Box 6668<br>Tallahassee, FL 32314-6668 |
| First Premier Bank<br>601 S Minnesota Ave<br>Sioux Falls, SD 57104-4868 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Joe G. Tedder, CFC<br>Polk County Tax Collector<br>PO Box 2016<br>Bartow, FL 33831-2016 |
| Nationstar Mortgage LLC d/b/a Mr Cooper<br>PO Box 619094<br>Dallas, TX 75261-9094 | Nationwide<br>5503 Cherokee Av Suite 200<br>Alexandria, VA 22312-2307 | WEST HAVEN HOMEOWNERS ASSOCIATION, INC.<br>c/o DHN Attorneys, PA<br>3203 Lawton Road<br>Orlando, FL 32803-2951 |
| Kelly Remick<br>Chapter 13 Standing Trustee<br>Post Office Box 89948<br>Tampa, FL 33689-0416 | Steve A Silva<br>338 Windsor Place<br>Davenport, FL 33896-5028 | Young V Kim<br>Consumer Law Attorneys<br>2727 Ulmerton Road #270<br>Clearwater, FL 33762-3368 |

End of Label Matrix
Mailable recipients    17
Bypassed recipients     0
Total                  17